**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA OCHOA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. CV 99-12844 PSG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court has reviewed the file and the Report. The parties have not filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 01/06/09

                  PHILIP S. GUTIERREZ
               UNITED STATES DISTRICT JUDGE