O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA OCHOA, | CASE NO. CV 99-12844 PSG (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded to the Commissioner for the awarding of benefits.

DATED: 01/06/09

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE