Manuel D. Serpa Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax  (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Margarita Ochoa

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARGARITA OCHOA,                     ) No. 2:99-cv-12844-PSG-RZ
(XXX-XX-9537)                        )
                 PLAINTIFF,          ) [~~PROPOSED~~] ORDER AWARDING
                                     ) EAJA FEES
         v.                          )
                                     )
MICHAEL J. ASTRUE,                   )
COMMISSIONER OF SOCIAL               )
SECURITY,                            )
                                     )
                 DEFENDANT.          )
                                     )

_____

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

        IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS and no/100's ($4,400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:   1/26/09

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE
Proposed Order for EAJA fees

– 1